Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant
Laborers Pension Trust Fund For Northern California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH M. ECKERT,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No.: CV11 0271 CRB<br><br>**STIPULATION AMENDING NAME OF DEFENDANT, DISMISSING LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. AND ENLARGING TIME TO RESPOND TO COMPLAINT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned parties hereby stipulate and agree that the complaint on file herein shall be amended by substituting the name of LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA in place of Defendant LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. wherever it appears in the complaint on file herein.

The undersigned parties further stipulate and agree that LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. is hereby dismissed

13096070.1
– 1 –

1 | from this action without prejudice.

2 | The undersigned parties further stipulate and agree that Defendant LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA shall have until February 18, 2011 to file a response to plaintiff's complaint. This is the first such stipulation and it does not affect any scheduling dates presently set by this Court.

IT IS SO STIPULATED:

DATED: February 8, 2011

BULLIVANT HOUSER BAILEY PC

By _____/s/ C. Todd Norris_____
    Susan J. Olson
    C. Todd Norris

Attorneys for Defendant
Laborers Pension Trust Fund For Northern California

DATED: February ___, 2011

THE LAW OFFICE OF JIM A TREVINO

By _____
    Jim A. Trevino

Attorneys for Plaintiff
Keith M. Eckert

from this action without prejudice.

The undersigned parties further stipulate and agree that Defendant LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA shall have until February 18, 2011 to file a response to plaintiff's complaint. This is the first such stipulation and it does not affect any scheduling dates presently set by this Court.

IT IS SO STIPULATED:

DATED: February ___, 2011

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
C. Todd Norris

Attorneys for Defendant
Laborers Pension Trust Fund For Northern California

DATED: February 6, 2011

THE LAW OFFICE OF JIM A TREVINO

By _____
Jim A. Trevino

Attorneys for Plaintiff
Keith M. Eckert

Signed: February 9, 2011

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13096070.1

— 2 —

STIPULATION AMENDING NAME OF DEFENDANT, DISMISSING LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. AND PROVIDING TIME TO RESPOND TO COMPLAINT
Case No.: CV11 0271 LB